

Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 59658964 |
| Entity Name | COSTCO WHOLESALE CORPORATION |
| Status | ACTIVE |

### Entity Information

Entity Type
CORPORATION

Type of Corp
FOREIGN BCA

Qualification Date (Foreign)
Friday, 7 November 1997

State
WASHINGTON

Duration Date
PERPETUAL

### Agent Information

Name
C T CORPORATION SYSTEM

Address

EXHIBIT C

208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Friday, 7 November 1997

## Annual Report

Filing Date
Thursday, 9 January 2020

For Year
2019

## Officers

President
Name & Address
WALTER JELINIK 999 LAKE DR ISSAQUAH WA 98027

Secretary
Name & Address
JOHN SULLIVAN 999 LAKE DR ISSAQUAH WA 98027

## Assumed Name

ACTIVE
COSTCO PHARMACY #1040

ACTIVE
COSTCO PHARMACY #570

ACTIVE
COSTCO PHARMACY #1074

ACTIVE
COSTCO PHARMACY #1085

ACTIVE
COSTCO PHARMACY #1088

ACTIVE
COSTCO PHARMACY #1107

| | |
|---|---|
| ACTIVE<br>COSTCO PHARMACY #1126 | |
| ACTIVE<br>COSTCO PHARMACY #1153 | |
| ACTIVE<br>COSTCO PHARMACY #1353 | |
| ACTIVE<br>COSTCO PHARMACY #1348 | |
| ACTIVE<br>COSTCO PHARMACY #1349 | |
| ACTIVE<br>COSTCO PHARMACY #1347 | |
| ACTIVE<br>COSTCO PHARMACY #1384 | |
| ACTIVE<br>COSTCO PHARMACY #1388 | |

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.     Fri Jul 24 2020